IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SHIRLEY TROTTER and ERNIE TROTTER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.3:05-cv-205-MJR |
| | ) | |
| B & W CARTAGE COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on a discovery dispute between the parties. An in-person discovery dispute conference was held on March 23, 2006. The plaintiffs appeared by counsel Mark Schuver, William Niehoff, and Kevin Stine. The defendant appeared by Michael Lawder and Jonathan Meneuz. The Court rules as follows:

1. **30(b)6 deposition**. Plaintiffs seeks to depose additional corporate representatives regarding what due diligence was performed in an effort to find documents requested by the plaintiff. Defendant refused to produce two additional corporate representatives for a deposition.

The Court determines that the defendant need not produce the two additional corporate representatives. The depositions are not reasonably calculated to lead to discoverable evidence and are overly burdensome.

2. **Deposition of truck driver**. The defendant shall produce one truck driver, as requested by the plaintiff, for deposition. The Court finds the deposition of the truck driver to be relevant and reasonably calculated to lead to the discovery of admissible evidence. This Court takes no position on whether evidence from that deposition is admissible.

**DATED: March 24, 2006.**

<u>s/ Donald G. Wilkerson</u>
**DONALD G. WILKERSON**
**United States Magistrate Judge**
